

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00496-CR

Tracy Diane **GRIER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B12462
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant pled guilty to the offense of forgery and was placed on deferred adjudication and community supervision. Later, after Appellant pled not true to violating conditions of her community supervision, the trial court adjudicated her guilt and sentenced her to twenty-two months confinement in Texas Department of Criminal Justice—State Jail Division.

Appellant moved the trial court to appoint counsel on appeal three separate times. In its last decision, after the trial court had appointed counsel, the trial court discharged court-appointed counsel and denied Appellant's motions for counsel on appeal and a free appellate record.

On September 18, 2017, Appellant moved this court to appoint counsel for her on appeal.

Having reviewed the clerk's record and the trial court's order that Appellant is not entitled to counsel on appeal, we DENY Appellant's motion for this court to appoint counsel on appeal.

Appellant's motion is denied without prejudice to Appellant asserting to the trial court that there has been a material change in her financial circumstances and seeking the trial court's reconsideration of its determination that Appellant is not entitled to court-appointed counsel on appeal. *See* TEX. CODE CRIM. PROC. art. 26.04(p) (West 2016).

_____
Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court